IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE:<br>CYNTHIA ANN MCCURDY<br>DEBTOR(S) | §<br>§<br>§<br>§ | CASE NO. 17-50136<br>CHAPTER 13 |

NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN CONFIRMATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon Trust Company, National Association as successor to Deutsche Bank Trust Company Americas f/k/a Bankers Trust Corporation, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2002-KS1 hereby withdraws its Objection to Confirmation of Chapter 13 Plan ("Objection") filed herein. Debtor has filed an amended plan which cures the Objection.

Dated: September 5, 2017

                                              Respectfully submitted,
                                              Buckley Madole, P.C.

                                              /s/LynAlise K. Tannery
                                              Michael J. Burns / TBN 24054447
                                              LynAlise K. Tannery / TBN 24083941
                                              Carlos R. Hernandez-Vivoni / TBN 24096186
                                              Zachary Wright / TBN 24097223
                                              Attorneys and Counselors
                                              14841 Dallas Parkway, Suite 300
                                              Dallas, Texas 75254
                                              (972) 643-6600
                                              (972) 643-6698 (Telecopier)
                                              E-mail: BkcyAttorneys@BuckleyMadole.com
                                              Attorney for Specialized Loan Servicing LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 6th day of September 2017:

Debtor's Attorney
Fernando D. Gutierrez JR.
Attorney At Law
604 MATAMOROS ST
LAREDO, TX  78040-5120

Debtor
Cynthia Ann Mccurdy
330 New Castle Dr.
Laredo, TX 78045-7740

US Trustee
Office of the US Trustee
606 N. Carancahua, Room 1107
Corpus Christi, Texas  78476

Chapter 13 Trustee
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, Texas 77024


17-50136                                            /s/LynAlise K. Tannery
                                                     Michael J. Burns
                                                     LynAlise K. Tannery
                                                     Carlos R. Hernandez-Vivoni
                                                     Zachary Wright