---

**Fill in this information to identify the case:**

Debtor 1: CYNTHIA ANN MCCURD

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number: 17-50136

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 1 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 03/15/2018 $105 | (6) | $ 105.00 |
| 7. Property inspection fees | 03/15/2018 $15 | (7) | $ 15.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

Debtor 1  CYNTHIA ANN MCCURD                          Case number (if known) 17-50136
         First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Dipika Parmar                                    Date  04/17/2018
  Signature

Print:     Dipika Parmar                               Title  Claims Processor
           First Name    Middle Name    Last Name

Company    AIS Portfolio Services, LP

Address    P.O. Box 201347
           Number        Street
           Arlington                    TX      76006
           City                         State   ZIP Code

Contact phone  888-455-6662                            Email _____

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern DISTRICT OF Texas
LAREDO Division

IN RE:  
Case Name: Cynthia Ann Mccurdy

Debtor(s).

Judge:   Eduardo V Rodriguez  
Case No. 17-50136

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 4/17/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX  filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Cynthia Ann Mccurdy. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Cynthia Ann Mccurdy.

Cynthia Ann Mccurdy  
330 NEW CASTLE DR.  
LAREDO,TX 78045

Date: 4/17/2018

By: /S/ Dipika Parmar  
Dipika Parmar, Claims Processor  
P.O. Box 165028  
Irving, TX 75016  
(817) 277-2011 Office  
(888) 455-6662 Toll Free  
(817) 461-8070 Fax  
Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**  
FERNANDO D GUTIERREZ JR  
ATTORNEY AT LAW  
604 MATAMOROS ST  
LAREDO,TX 78040

**TRUSTEE:**  
WILLIAM E HEITKAMP  
Trustee of the U.S. Bankruptcy Court  
9821 KATY FREEWAY  
STE 590  
HOUSTON,TX 77024